# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ZACHARY D. THOMAS**                                                     **PLAINTIFF**

**v.**                         **CASE NO. 4:25-CV-00758-BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**
*Commissioner*

## ORDER

Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 13] is adopted because substantial evidence supports the decision that Zachary Thomas was not disabled. Judgment will be entered in favor of the Social Security Administration Commissioner and the clerk is directed to close this case.

IT IS SO ORDERED this 16th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE